NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: CARLYLE FRASER,

    Defendant.

Crim. No. 14-0033

**RECOMMENDATION**

THOMPSON, U.S.D.J.

    Upon the application of Defendant's counsel Thomas Ashley, Esq., the Court recommends that the interest and civil penalties imposed by the Internal Revenue Service which flow from the Court's sentence in this criminal matter be abated.

    The Court has approved Defendant's application for early termination of supervisory release upon consideration of his particular circumstances, compliance, and the fact that he has made full restitution. The Court finds that the sentencing factors under 18 U.S.C. § 3553(a) (including the nature and circumstances of the offense and history and characteristics of the defendant; and need to provide restitution to victims of the offense), and the varied criteria courts consider to determine if early termination of a sentence is warranted, *see* Monograph 109, *Supervision of Federal Offenders*, § 380.10(b)(1)–(9) (including stable community reintegration; compliance with all conditions of supervision; no aggravating role in the offense of conviction; no history of violence; no recent arrests or conviction; no recent psychiatric, alcohol, or drug abuse issues; and no identifiable risk to the safety of a victim or the public safety) marshal in favor of abatement.

DATE: 11/17/17

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.