UNITED STATES DISTRICT COURT RECEIVED
DISTRICT OF NEW JERSEY

NOV 1 7 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

v.

CARLYLE FRASER,

Defendant.

Crim. No. 14-33

**ORDER MODIFYING TERMS OF SUPERVISED RELEASE**

THOMPSON, U.S.D.J.

This matter having been opened to the Court by Defendant Carlyle Fraser seeking early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(l); Thomas Ashley, Esq., appearing for Defendant; Fabiana Pierre-Louis, Assistant United States Attorney, appearing for the government; and the Court having sentenced Defendant to a nine (9) month term of imprisonment followed by a one-year term of supervised release with special conditions; and Defendant's present term of supervised release set to expire on January 15, 2018; and the Court having considered Defendant's conduct, compliance with supervised release, full restitution, and the interests of justice; and for good cause shown;

IT IS ORDERED this 17th day of November, 2017 that Defendant's motion for early termination of supervised release is GRANTED; and it is further

ORDERED that Defendant's term of supervised release shall expire on November 20, 2017.

*Anne E Thompson*
ANNE E. THOMPSON, U.S.D.J.